60 So.2d 357

### Henry DUCKETT v. STATE.

**8 Div. 119.**

Court of Appeals of Alabama.

May 27, 1952.

Rehearing denied June 17, 1952.

Harold T. Pounders, Florence, for petitioner.

Si Garrett, Atty. Gen., for the State.

CARR, Presiding Judge.

Affirmed.

Certiorari stricken by Supreme Court, 257 Ala. 589, 60 So.2d 357.